UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| JAMES W. BROWN (a/k/a/) Jamie Brown<br>    Plaintiff, Pro Se,<br><br>v.<br><br>DONALD J. TRUMP, et al,<br>    Defendants | Case No.: 1:25-cv-583 (PTG/WPB) |

### MOTION FOR EXTENSION TO FILE 'CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT' AND TO PAY INITIAL FILING FEE

COMES NOW, JAMES W. BROWN (a/k/a/) Jamie Brown, Plaintiff filing Pro Se, and move this Court for a sixty (60) day extension to file her Consent to Collection of Fees From Inmate Trust Account and to pay her Initial Filing Fee, as a result of her indigent, Pro Se status.

Plaintiff is indigent and at this time has only $ 0.03 in her Inmate Trust Account, Plaintiff has moves this Court for leave to procede in forma pauperis (IFP). Dkt 2.

At this time Plaintiff needs the aformentioned time extension to procure the necessary funds to pay the required Initial Filing Fee.

I certify under penalty of purjury that the forgoing is true and correct.

Submitted and executed this 30 day of April, 2025.

x _____
James W. Brown, Pro Se
Reg. No. 13407-021
FCC Petersburg - Medium
P.O. Box 1000
Petersburg, VA 23804