James W. Brown
Reg No. 13407-021
FCC Petersburg - Med
P.O. Box 1000
Petersburg, VA 23804

<u>4/30/2025</u>
(Date)



United States District Court
Attn: Clerk Of Court
401 Courthouse Square
Alexandria, VA 22314

RE: Filing and correction of case Caption
    <u>Brown v. Trump, et al</u>, Case No 1:25-cv-583 (PTG/WPB)

Dear Clerk:

    Please accept the enclosed filing and correct the case Caption to:

    James W. Brown (a/k/a) Jamie Brown  v. Domald J. Trump, et al.

Respectfully,

James W. Brown

Enc.